No. 90–6410.  WHISENANT *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 90–6411.  SINDRAM *v.* MCKENNA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–6415.  HIMMELEIN *v.* MICHIGAN.  Ct. App. Mich.  Certiorari denied.

No. 90–6416.  LYNCH *v.* CUOMO ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 90–6418.  LOPEZ *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–6422.  LEPISCOPO *v.* KNAPP ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–6424.  OBREMSKI *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 90–6428.  POWELL *v.* OWENS, COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–6430.  WAGES *v.* INTERNAL REVENUE SERVICE ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–6435.  YOUNG *v.* WIREMAN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 90–6440.  LOVELACE *v.* VIRGINIA.  Ct. App. Va.  Certiorari denied.

No. 90–6441.  MARTIN *v.* BROWN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6443.  DUNKLEY *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–6446.  ANDREWS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 90–6449.  COOPER *v.* STALLMAN ET AL.  C. A. 8th Cir.  Certiorari denied.